## Krogulski *v.* United Firemen's Ins. Co.

OPINION BY HEAD, J., October 8, 1917:

The policy on which this action was founded is identical with the one in question in No. 34 March Term, 1917, in which an opinion has this day been handed down, ante, page 47. The questions involved in both appeals are precisely the same and the cases were argued on one set of paper books. For the reasons given in the opinion just referred to, the assignments of error in this case must be dismissed.

Judgment affirmed.